

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00079-CV

Sharon **MARKEY**,
Appellant

v.

Nieva Mae **MARKEY**, Individually and as Independent Executrix of the Estate of Sean Markey, Deceased, and as Next Friend of Dylan Markey, Riley Markey, Tyler Markey, and Kolby Markey, Minor Children,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-20-292
Honorable Jose Luis Garza, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: April 28, 2021

DISMISSED

On March 25, 2021, we issued a show cause order notifying appellant that she had failed to pay the filing fee required by Texas Rule of Appellate Procedure 5. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order."). Our order instructed appellant to, on or before April 5, 2021, either (1) pay the applicable filing fee for this appeal, or (2) provide written proof to this court that she is excused by statute or rule from paying

the filing fee. *See* TEX. R. APP. P. 20.1; *see also* TEX. R. APP. P. 5. We notified appellant that if she failed to respond within the time period provided, this appeal would be dismissed. *See* TEX. R. APP. P. 5, 42.3(c). Appellant failed to respond to our order. Therefore, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(c). Costs of appeal are taxed against appellant.

PER CURIAM